**Motion Granted; Order filed September 8, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00537-CV
_____

### GARDEN OAKS MAINTENANCE ORGANIZATION, Appellant

### V.

### PETER S. CHANG AND KATHERINE M. CHANG, Appellees

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72213**

---

## ORDER

On August 30, 2016, the parties filed an agreed, joint motion to adopt briefing schedule and for leave to assert cross-points in appellees' brief. The motion is granted.

Accordingly, we order the following:

Appellant Garden Oaks Maintenance Organization's ("Garden Oaks") opening brief is due November 7, 2016. It is limited to 15,000 words.

Appellees Peter S. Chang and Katherine M. Chang's ("the Changs") response brief/cross-appellant opening brief is due December 7, 2016. It is limited to 30,000 words total: 15,000 for appellees' response and 15,000 for cross-appellants' opening brief.

Garden Oaks' reply/cross-appellee brief is due January 20, 2017. It is limited to 22,500 words total: 7,500 for appellant's reply and 15,000 for cross-appellee's response.

The Changs' reply brief is due February 9, 2017. It is limited to 7,500 words.

No additional leave is necessary to raise issues in the Changs' response brief/cross-appellant opening brief.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.